DONALD AMAMGBO, ESQ.
AMAMGBO & ASSOCIATES
6167 Bristol Parkway, #325
Culver City, California 90230
Telephone:  (310) 337-1137
Facsimile:   (310) 337-1157

REGINALD TERRELL, ESQ.
THE TERRELL LAW GROUP
Post Office Box 13315, PMB #148
Oakland, California 94661
Telephone:  (510) 237-9700
Facsimile:   (510) 237-4616

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE PATRICK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FERRERO U.S.A., INC.,<br><br>Defendants. | Case No.  3:11-cv-03361 SI<br><br>NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT AS TO ALL DEFENDANTS WITHOUT PREJUDICE [F.R.C.P. Section 41(a)(1)] |

TO THE COURT AND ALL PARTIES HEREIN:

Please take notice that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Monique Patrick voluntarily dismisses her complaint as to all named defendants as to all

claims made herein, that is in Case No.:  10-cv-00630 EDL, without prejudice.

    DATED:  10-14-2011

                                        By:\_\_\_/s/ R. Terrell_____
                                                     DONALD AMAMGBO, ESQ.
                                                     AMAMGBO & ASSOCIATES
                                                     7901 Oakport Street, Suite 4900
                                                     Oakland, California 94621
                                                     Telephone:  (510) 615-6000
                                                     Facsimile:   (510) 615-6025

                                                     REGINALD TERRELL, ESQ.
                                                     THE TERRELL LAW GROUP
                                                     Post Office Box 13315, PMB #148
                                                     Oakland, California 94661
                                                     Telephone:  (510) 237-9700
                                                     Facsimile:   (510) 237-4616

CERTIFICATE OF SERVICE

The undersigned, an attorney, affirms that on May 25, 2010, he filed an electronic copy of the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

                                                      /S/  R. Terrell
                                                     REGINALD TERRELL